# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UBS Financial Services Inc.

                        Plaintiff,

v.                                       Case No.: 1:22−cv−06917
                                                Honorable Mary M. Rowland

Brian Kenney

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, December 12, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Defense counsel contacted the Court to request re−setting the 12/13/22 hearing date. Defendant's unopposed request to reset the hearing is granted. The Court resets the hearing to 12/15/22 at 8:00am. Hearing on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunctive Relief [7] and motion for leave to take expedited discovery [9] set for 12/15/22 at 8:00 AM Central time (9am EST). Parties should call 866−434−5269; access code 3751971. In addition, Plaintiff's counsel requested that the Court enter the TRO now. Without commenting on the merits, Plaintiff's request is denied without prejudice. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.